No. 491. GREAT NORTHERN RAILWAY COMPANY, PETITIONER, *v.* THE UNITED STATES. November 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Wm. R. Begg, Mr. Rome G. Brown* and *Mr. C. S. Albert* for petitioner. *The Attorney General* and *Mr. Assistant to the Attorney General Purdy* for respondent.

———

No. 300. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, PETITIONER, *v.* J. WILCOX BROWN. December 9, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Wm. B. Hornblower* and *Mr. Allan McCulloh* for petitioner. *Mr. John R. Dos Passos* and *Mr. Joseph DeF. Junkin* for respondent.

———

No. 496. GRAND TRUNK WESTERN RAILWAY COMPANY, PETITIONER, *v.* WILLIAM H. GRAY. December 9, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George W. Kretzinger* for petitioner. *Mr. John A. Brown* for respondent.

———

No. 506. MACKIE-LOVEJOY MANUFACTURING COMPANY, PETITIONER, *v.* MARION H. CAZIER. December 9, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. L. S. Bacon* for petitioner. No appearance for respondent.

———

No. 507. HAIGHT & FREESE COMPANY, PETITIONER, *v.* ANNA L. H. WEISS, ADMINISTRATRIX, ETC., ET AL. Decem-